**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**ROBERT A. KATZMANN**
**CHIEF JUDGE**

**CATHERINE O'HAGAN WOLFE**
**CLERK OF COURT**

**Distribution of Instructions & Forms for Pro Se Parties in Agency, Bankruptcy, U.S & Private Civil, and Criminal Cases**

**Agency Pro Se**
_____ Acknowledgment and Notice of Appearance
_____ Docketing Notice
_____ Docket Report
_____ How to Appeal Your Agency Case
_____ How to Appeal as a Pro Se Party
_____ T-1080 Form
_____ Financial Affidavit
_____ Certificate of Service
_____ Format Motion
_____ Format Brief
_____ Format Appendix
_____ Pro Se Scheduling Notification

**Bankruptcy, Private & U.S. Civil Pro Se**
X_____ Acknowledgment and Notice of Appearance
X_____ Docketing Notice
X_____ Docket Report
X_____ How to Appeal Your Civil Case
X_____ How to Appeal as a Pro Se Party
X_____ Form D-P
X_____ T-1080 Form
X_____ Financial Affidavit
X_____ Certificate of Service
X_____ Format Motion
X_____ Format Brief
X_____ Format Appendix
X_____ Pro Se Scheduling Notification

**Criminal Pro Se**
_____ Acknowledgment and Notice of Appearance
_____ Docketing Notice

\_\_\_\_ Docket Report
\_\_\_\_ How to Appeal a Criminal Case
\_\_\_\_ How to Appeal as a Pro Se Party
\_\_\_\_ Form B
\_\_\_\_ T-1080 Form
\_\_\_\_ Financial Affidavit
\_\_\_\_ Certificate of Service
\_\_\_\_ Format Motion
\_\_\_\_ Format Brief
\_\_\_\_ Format Appendix
\_\_\_\_ Pro Se Scheduling Notification

**Mandamus Pro Se**
\_\_\_\_ Acknowledgment and Notice of Appearance
\_\_\_\_ Docketing Notice
\_\_\_\_ Docket Report
\_\_\_\_ How to Appeal as a Pro Se Party
\_\_\_\_ T-1080 Form
\_\_\_\_ Financial Affidavit
\_\_\_\_ Certificate of Service
\_\_\_\_ Format Motion